# SUMMIT INVESTIGATIVE SERVICES
## 105-15 Metropolitan Avenue
## Forest Hills, New York 11375
Phone: 718-793-8586
Fax: 718-793-1019

Joseph Avallone, Investigator

April 15, 2014.

Michael Faillace & Associates
60 East 42nd Street, Suite 202
New York, New York 10165

Re: Apolinario v. Luis Angie Deli

---

Attached are the two original Affidavits of Service

**Total due**          **$70.00**