# NICHOLAS R. LUTTINGER
## CONFERENCE & COURT INTERPRETER/TRANSLATOR
BIDIRECTIONAL SPANISH/ENGLISH

CERTIFIED BY THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

June 30, 2015

Joshua S. Androphy, Esquire
Michael Faillace & Associates, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2020
New York, NY 10165

INVOICE

For Spanish interpreting services performed 6/30/2015.

In the matter of:     EULOGIO APOLINARIO v. LUIS ANGIE DELI GROCERY INC. (d/b/a LUIS ANGIE DELI GROCERY and LUIS OBDULIO GONZALEZ

Rate:     $100.00/hr.

Time:     8:45am – 4:45pm

Amount Due:     $800.00

TIN: 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

*Thank you,*

*Nicholas Luttinger*

*Net 10 days*

*Please make check payable to Nicholas Luttinger*

252 EAST 74TH STREET, APT., ONE, NEW YORK, NY 10021-3637
MOBILE: 646-734-1300 | EMAIL: nickluttinger@interpretrans.com
WWW.INTERPRETRANS.COM